UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAULA SILVA, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>VS.<br><br>TEGRITY PERSONNEL SERVICES, INC.; MAKE READY SERVICES, LLC; DYNAMIC LABOR SERVICES, LLC; PRESTIGE LABOR & SERVICES, LLC; and IGLOO PRODUCTS CORP.<br><br>Defendants. | Civ. Action No. 4:13-cv-00860 |

## ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit have been settled.

The case is therefore **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 10th day of February, 2014.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1